# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY GOMEZ-GOMEZ,<br><br>　　　　　　　　　Defendant. | Case No. 24-CR-27-6-JPS<br><br>**ORDER** |

On October 8, 2024, the grand jury returned a five-count Superseding Indictment charging Defendant with four counts in violation of 18 U.S.C. § 1343 and one count in violation of 18 U.S.C. § 371. ECF No. 51. On February 26, 2025, the parties filed a plea agreement indicating that the Defendant agreed to plead guilty to Count One of the Superseding Indictment. ECF No. 89.

The parties appeared before Magistrate Judge Nancy Joseph on March 18, 2025 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 98. Defendant entered a plea of guilty as to Count One of the Superseding Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*; ECF No. 99 at 1.

On March 18, 2025, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. ECF No. 99. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 99, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 9th day of April, 2025.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge